**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

RHONDA S. GROUT,

    Plaintiff,

v.                                              Case No: 2:13-cv-38-FtM-38DNF

THE LINCOLN NATIONAL LIFE,

    Defendant.
_____/

## ORDER

This matter comes before the Court on Notice of Settlement (Doc. #19) filed on June 26, 2013. This Court has been advised by the mediator that this matter has settled.

Accordingly, it is now

**ORDERED:**

This cause is **DISMISSED** without prejudice subject to the right of any party, within thirty (30) days from the date of this Order, **July 28, 2013**, to submit a stipulated form of final judgment or to reopen the action upon a showing of good cause. *See*, Local Rule 3.08(b).

1. All pending motions are hereby denied as moot.
2. The Clerk of the Court is directed to **administratively close** the case. After the thirty day (30) period, without further order, this dismissal shall be deemed *with prejudice*.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of June, 2013.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record